

# IN THE
# TENTH COURT OF APPEALS

## No. 10-18-00179-CR

**ROY CASTANEDA RODRIGUEZ,**

                                     **Appellant**

 **v.**

**THE STATE OF TEXAS,**

                                     **Appellee**

---

### From the 272nd District Court
### Brazos County, Texas
### Trial Court No. 16-03800-CRF-272

---

## ABATEMENT ORDER

---

Roy Rodriguez is appealing from his conviction for knowingly possessing, with intent to deliver, a controlled substance, namely, methamphetamine, in an amount of four grams or more but less than two hundred grams. *See* TEX. HEALTH & SAFETY CODE ANN. § 481.112(a), (d) (West 2017). During the trial of this case, Rodriguez filed a motion to suppress evidence. The trial court denied the motion after a hearing. Rodriguez then requested findings of fact and conclusions of law from the trial court, but none have been made a part of the record.

A trial judge, upon the request of the losing party, must make findings of fact and conclusions of law adequate to provide an appellate court a basis for reviewing the ruling's correctness. *State v. Mendoza*, 365 S.W.3d 666, 670 (Tex. Crim. App. 2012); *State v. Cullen*, 195 S.W.3d 696, 698-99 (Tex. Crim. App. 2006). The State has also filed an "Agreed Motion to Abate Briefing Schedule" in this appeal. The State requests that we abate this appeal to the trial court for 20 days after the reporter's record is filed, which occurred on July 17, 2018, so that the State may submit proposed findings of fact and conclusions of law to the trial court.

The "Agreed Motion to Abate Briefing Schedule" is granted. This appeal is abated to the trial court to make findings of fact and conclusions of law regarding Rodriguez's motion to suppress evidence. The trial court's findings of fact and conclusions of law must be prepared, signed, and filed as a supplemental clerk's record with this Court within 21 days from the date of this Abatement Order. The appellant's brief will then be due 30 days from the date that this appeal is reinstated.

PER CURIAM

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Appeal abated
Order issued and filed July 25, 2018

